Case 5:26-cv-00055   Document 3   Filed 01/16/26 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
January 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **ARELI CASTILLO PINEDA,** § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:26-CV-00055 |
| § | |
| **KRISTI NOEM and UNITED STATES** § | |
| **OF AMERICA,** § | |
| Respondents. § | |

### ORDER

Federal prisoner Areli Castillo Pineda (BOP #68387-379) is a federal prisoner in custody of the Bureau of Prisons (BOP). He filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that he has been denied time credit on his sentence that is authorized by the First Step Act of 2018. (Dkt. No. 1). Preliminary review of the petition and attachments shows that an answer is needed. Accordingly, pursuant to 28 U.S.C. § 2241, *et seq.*, the Court **ORDERS** as follows:

1. The Clerk shall serve copies of the amended petition (Dkt. No. 1) and this order on the United States Attorney for the Southern District of Texas, Nicholas Ganjei, by regular mail to the Civil Process Clerk, 1000 Louisiana St., Houston, TX 77002, and by electronic mail to USATXS.CivilNotice@usdoj.gov.

2. The Clerk shall also serve copies of the Petition (Dkt. No. 1) and this order by certified mail return receipt requested upon:

    - United States Attorney General Pamela Bondi, or her designee, who may be served at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

    - Warden, or his designee, may be served at Centro Federal de Readaptación Social Número 8 Nor-Poniente, Calle 300, K.M. 3.5, predio Jesús María canal 25 y 27, Ejido la Chuparrosa C.P. 81162, Guasave, Sinaloa, Mexico.

3. Respondents shall file an Answer or other responsive pleading by **February 20, 2026.** The respondent shall forward a copy of same to Petitioner.

4. In addition to any defense, in law or fact, to a claim for relief by Petitioner, the respondent's answer shall contain: (a) a statement of the authority by which the petitioner is being held and, if held under the judgment of a court or administrative tribunal, the name of such court or tribunal and the number and style of the case(s) in which those judgments were entered; (b) a statement as to whether the petitioner has exhausted all available administrative remedies.

5. The Petitioner shall file a response to Respondent's Answer or dispositive motion **by March 9, 2026**. Any dispositive motion that presents matters outside the pleadings will be treated as a motion for summary judgment under Federal Rule of Civil Procedure 56. Under this Court's Local Rule 7.4, any failure to respond to a motion filed by respondent "will be taken as representation of no opposition." S.D. Tex. R. 7.4. <u>The petitioner's failure to file a response within the above deadline may result in dismissal of this action for want of prosecution under Federal Rule of Civil Procedure 41(b) relevant for the proper resolution of this action</u>.

6. Each party shall serve the other party, or counsel, with a copy of every pleading, letter, or other document submitted for consideration by the Court; service must be by mail to the other party. Although the petitioner proceeds *pro se* in this case, he must provide a copy of all future pleadings, motions, and correspondence filed with the Court to respondent's counsel. Every pleading or document filed with the Clerk of Court shall contain a signed certificate stating the date a true and correct copy of the pleading or document was mailed and to whom it was mailed. Any pleading or other document received by the Clerk which fails to include the certificate of service will be returned to the submitting party. Failure to mail a copy of the pleadings as certified by the certificate will subject the petitioner to sanctions by the Court. There will be no direct communications with the U.S. District Judge or Magistrate Judge. Communications must be submitted to the Clerk with copies to the other party.

7. The Petitioner must notify the court of any change of address by filing a written notice of change of address with the Clerk. The Petitioner must also notify any counsel of record for the respondent. Failure to provide such notice may result in this case being dismissed for want of prosecution.

The Clerk will enter this Order, providing a correct copy to all parties of record.

It is so **ORDERED**.

**SIGNED** on January 16, 2026.

_____
John A. Kazen
United States District Judge